**Opinion issued March 28, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-01029-CV

————————————

## IN RE JILL KATHRYN ARNO PETERSON, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Jill Kathryn Arno Peterson originally sought mandamus relief from

the trial court's November 9, 2018 order granting real party in interest Donald

Jonathan Peterson's amended motion to vacate the trial court's August 27, 2018

family-violence protective order.[1] In January 2019, the Court abated this proceeding

---

[1] The underlying case is *Jill Kathryn Arno Peterson v. Donald Jonathan Peterson*, cause number 2018-43305, pending in the 280th District Court of Harris County, Texas, the Honorable Barbara Stalder presiding.

and remanded to the trial court to permit the successor trial judge to reconsider the previous ruling. *See* TEX. R. APP. P. 7.2(b). The successor trial judge signed an order on January 28, 2019, granting the amended motion to vacate, and thus, relator sought relief from this new order.

After consideration of the petition, response, and the record, we conclude that relator has not established that she is entitled to relief, and we deny the petition. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Hightower.